UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO. 3:15-CR-13 RLM |
| | ) | |
| CHAD A. KRAFT | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty entered on July 14, 2015. Accordingly, the court ADOPTS those findings and recommendations [docket # 22], ACCEPTS defendant Chad Kraft's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 2250(a).

SO ORDERED.

ENTERED:  July 30, 2015

/s/ Robert L. Miller, Jr.
Judge, United States District Court
Northern District of Indiana